LEWIS ROMERO, CSBN, 197231
PAUL ALAGA, CSBN, 221165
885 Bryant Street, Suite 202
San Francisco, California 94103
415-581-0885 Tel.
415-581-0887 Fax.
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELA SOLIMAR RUIZ-LOPEZ; A. PEREZ, a minor; and G. PEREZ, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; CHRISTINE ARNDT, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; EILEEN COOPER, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GABRIEL ALCARAZ, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; LUIS DE JESUS, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; ERICK SOLARES, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; AJAY SINGH, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; SEAN PADILLA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN | Case No. C09-1396 JSW<br><br>[~~PROPOSED~~] ORDER |

|   |   |
|---|---|
| 1 | FRANCISCO; MICHELLE PRIMIANO, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; KEVIN DEMPSEY, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, inclusive, |

Defendants.
_____/

Good cause appearing, the court hereby orders that the plaintiffs may file a First Amended Complaint substituting out defendant Sean Padilla with San Francisco Police Officer Carlos Padilla, Star Number 2272 and that said pleading will operate as the plaintiffs' pleading in the matter. Plaintiffs shall file a copy of the Amended Complaint within five days of the date of this Order.

IT IS SO ORDERED.

Dated: July 27, 2009

*Jeffrey S. White*
Jeffrey S. White
United States District Court Judge