LEWIS ROMERO, CSBN, 197231
PAUL ALAGA, CSBN, 221165
885 Bryant Street, Suite 202
San Francisco, California 94103
415-581-0885 Tel.
415-581-0887 Fax.
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELA SOLIMAR RUIZ-LOPEZ; A. PEREZ, a minor; and G. PEREZ, a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; CHRISTINE ARNDT, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; EILEEN COOPER, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; GABRIEL ALCARAZ, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; LUIS DE JESUS, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; ERICK SOLARES, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; AJAY SINGH, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; CARLOS PADILLA, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN | Case No. C09-1396 JSW <br><br> STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE |

| | |
|---|---|
| 1 | FRANCISCO; MICHELLE PRIMIANO, individually and in her capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; KEVIN DEMPSEY, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and DOES 1-50, inclusive, |

Defendants.
_____/

The undersigned do hereby stipulate that this action be dismissed with prejudice. The parties, by and through their counsel of record, stipulate that this matter may be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear his own costs and attorneys fees, including any entitlement to fees or costs under 42 U.S.C. § 1988. Both parties respectfully request that the Court dismiss this action in its entirety with prejudice.

This stipulation may be executed in counterpart signatures.

IT IS SO STIPULATED.

Dated: 4/06/10

*Marcela Ruiz*
Plaintiff Marcela Solimar Ruiz-Lopez

Dated: 4/06/10

*Marcela Ruiz por Gregorio Perez*
Plaintiff A. Perez, a minor
By Marcela Solimar Ruiz-Lopez
Gaurdian ad litem

Dated: 4/06/10

*Marcela Ruiz por Atzin Perez*
Plaintiff G. Perez, a minor
By Marcela Solimar Ruiz-Lopez
Gaurdian ad litem

Dated: 4/6/10

_____
Lewis Romero
Attorney for Plaintiff

Dated: 4/12/10

_____
Blake Lobes, Deputy City Attorney
Attorney for Defendants

Pursuant to stipulation, IT IS SO ORDERED.

The Clerk of Court shall close the file.

Dated: April 13, 2010

